**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-7056

WALTER EDWARD HALL,

Plaintiff - Appellant,

v.

JON P. GALLEY, Assistant Commissioner; G. LAWRENCE FRANKLIN,
Secretary; J. MICHAEL STOUFFER; JAMES V. PEGUESE; K. DANIEL
NORTHCRAFT; JOHN A. ROWLEY; CASEY CAMPBELL, Case Management
Manager; B. CASSIDY, Case Manager Supervisor; T. WATSON,
Lieutenant,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge.
(8:07-cv-03464-DKC)

Submitted:  September 16, 2008      Decided:  September 24, 2008

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Walter Edward Hall, Appellant Pro Se.  Nichole C. Gatewood, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Edward Hall appeals the district court's order denying his civil complaint seeking injunctive relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hall v. Galley</u>, No. 8:07-cv-03464-DKC (D. Md. May 19, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>